UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| M. LEE ARNOLD, Derivatively On Behalf of STAR GAS PARTNERS, L.P., | : : : | CIVIL ACTION NO. 3:04-CV-1924 (JBA) |
| Plaintiff, | : : | |
| VS. | : : | |
| IRIK P. SEVIN, AMI A. TRAUBER, JOSEPH P. CAVANAUGH, RICHARD F. AMBURY, AUDREY L. SEVIN, PAUL BIDDELMAN, THOMAS J. EDELMAN, I. JOSEPH MASSOUD, WILLIAM P. NICOLETTI, STEPHEN RUSSELL, | : : : : : : | |
| Defendants, -and- | : : : | APRIL 27, 2007 |
| STAR GAS PARTNERS, L.P., a Delaware Limited Partnership, | : : : | |
| Nominal Defendant. | : | |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff M. Lee Arnold ("Plaintiff"), derivatively on behalf of Star Gas Partners, L.P. (the "Company" or "Nominal Defendant") filed the above-captioned action (the "Arnold Derivative Action") on November 12, 2004 against certain individual officers and directors of Star Gas Partners, L.P. (collectively, the "Defendants") asserting six counts including breach of fiduciary duty, waste and unjust enrichment.

WHEREAS, the facts and circumstances of the Arnold Derivative Action are based in part on or arise out of the allegations in the consolidated federal securities class action captioned In re Star Gas Securities Litigation, C.A. No. 3:04-CV-1766 (JBA) (D. Conn.) (the "Class Action").

WHEREAS, by stipulation dated January 31, 2005 (Docket No. 23), the parties stipulated to a stay of this action pending resolution of the motion to dismiss in the Class Action.  Under

that stipulation, the parties agreed to a schedule for Defendants' answer or motion in response to the complaint after the filing of answers by all defendants in the Class Action.

WHEREAS, on August 21, 2006, the complaint in the Class Action was dismissed with prejudice.  On September 7, 2006, the Class Action plaintiffs filed a Motion to Modify the Judgment to Grant Leave to Amend the Complaint and Other Relief ("Motion to Modify").  The Court denied the Motion to Modify on March 22, 2007.

WHEREAS, Defendants contend that the Court lacks federal subject matter jurisdiction over this action pursuant to Fed. R. Civ. P. 12(b)(1).  See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) (addressing the citizenship of a limited partnership and holding "that diversity jurisdiction in a suit by or against the entity depends on the citizenship of 'all the members.'");

WHEREAS, in light of the foregoing, Plaintiff has decided to request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 23.1;

NOW, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and between Plaintiff, the Defendants and the Nominal Defendant that the Arnold Derivative Action is hereby dismissed without prejudice, with each party to bear its own costs.

LAW OFFICES OF R. BARTLEY HALLORAN


By:  /s/ R. Bartley Halloran
    R. Bartley Halloran (ct04305)
    74 Batterson Park Road
    Farmington, CT 06034-0887
    (860) 676-3222

- and –

ROBBINS UMEDA & FINK, LLP
    Brian J. Robbins, Esq.
    Jeffrey P. Fink, Esq.
    1010 Second Avenue, Suite 2360
    San Diego, CA 92101
    (619) 525-3990

*Attorneys for Plaintiff M. Lee Arnold*

DAY PITNEY LLP


By:  /s/ Terence J. Gallagher
    Thomas D. Goldberg (ct04386)
    Terence J. Gallagher (ct22415)
    One Canterbury Green
    Stamford, CT 06901
    (203) 977-7594

-and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Jonathan J. Lerner, Esq.
    4 Times Square
    New York, New York 10036
    (212) 735-3000

*Attorneys for Defendant Star Gas Partners L.P.*

CUMMINGS & LOCKWOOD LLC


By:  /s/ Robert Dolian
    Robert Dolian (ct04278)
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT 06902
    (203) 327-1700

- and -

VINSON & ELKINS
    Clifford Thau, Esq.
    666 Fifth Avenue, 26th Floor
    New York, NY 10103
    (212) 237-0000

*Attorneys for the Irik P. Seven, Ami A. Trauber, Joseph P. Cavanaugh, Richard F. Ambury, and Audrey L. Sevin*

        ZELDES, NEEDLE & COOPER, P.C.

    By:   /s/ Jonathan B. Orleans
        Jonathan B. Orleans (ct05440)
        1000 Lafayette Boulevard
        P. O. Box 1790
        Bridgeport, CT 06601
        (203) 333-9441

              - and -

PROSKAUER ROSE LLP
    Gregg M. Mashberg, Esq.
    1585 Broadway
    New York, NY 10036
    (212) 969-3000

*Attorneys for Paul Biddelman, Thomas J. Edelman, I. Joseph Massoud, William P. Nicoletti, Stephen Russell*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, a copy of the foregoing stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Terence J. Gallagher
Terence J. Gallagher
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:   (203) 977-7301