UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 APR 30  A 10: 28
U.S. ... ...

| | |
|---|---|
| M. LEE ARNOLD, Derivatively On Behalf of STAR GAS PARTNERS, L.P., | CIVIL ACTION NO. 3:04-CV-1924 (JBA) |
| Plaintiff, | |
| VS. | |
| IRIK P. SEVIN, AMI A. TRAUBER, JOSEPH P. CAVANAUGH, RICHARD F. AMBURY, AUDREY L. SEVIN, PAUL BIDDELMAN, THOMAS J. EDELMAN, I. JOSEPH MASSOUD, WILLIAM P. NICOLETTI, STEPHEN RUSSELL, | |
| Defendants, | |
| -and- | APRIL __, 2007 |
| STAR GAS PARTNERS, L.P., a Delaware Limited Partnership, | |
| Nominal Defendant. | |

## ORDER OF DISMISSAL

WHEREAS, Plaintiff M. Lee Arnold ("Plaintiff"), derivatively on behalf of Star Gas Partners, L.P. (the "Company" or "Nominal Defendant") filed the above-captioned action (the "Arnold Derivative Action") on November 12, 2004 against certain individual officers and directors of Star Gas Partners, L.P. (collectively, the "Defendants") asserting six counts including breach of fiduciary duty, waste and unjust enrichment.

WHEREAS, upon the agreed stipulation of all of the parties and pursuant to Federal Rule of Civil Procedure 23.1, the Court finds that the above-captioned action should be and hereby is dismissed in its entirety without prejudice. Each party shall bear its own costs. The filing of this Order shall be deemed sufficient notice to the shareholders of the Company.

IT IS SO ORDERED this 30th day of _April_, 2007.

Honorable Janet Bond Arterton
United States District Judge